UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2025 NOV -4  PM 4:50

JATHIYAH VALENTINE,
           Plaintiff,
v.                       Case No. 25-CV-5247 (ER)

QUEBEC YOUTH PROTECTION SERVICES, et al.,
           Defendants.

PLAINTIFF'S RESPONSE TO COURT'S ORDER AND
UPDATED INFORMATION REGARDING COMPETENCY DETERMINATION

Plaintiff Jathiyah Valentine, proceeding pro se, respectfully provides the Court with the following update regarding the competency determination ordered by Seminole County, Florida:

CURRENT STATUS OF FLORIDA COMPETENCY EVALUATION

1. On August 20, 2025, the Seminole County Criminal Court ordered Plaintiff to undergo a competency evaluation.

2. This evaluation was ordered without a hearing and without presentation of any evidence establishing a bona fide doubt of competency.

3. The sole basis for this order was Plaintiff's criminal defense attorney's claim that Plaintiff was "rude" to office staff.

4. [~~CURRENT STATUS~~]:
   - Has the evaluation taken place? If yes, when? It has not due to staff saying my attorney must reach out to them and set it up. My new attorney is not answering and I have been requesting to waive my appearance due to the emergency of my interest and he has not been responding. I believe that they are trying to remand me on purpose by assigning corrupt attorneys.
   - ~~What were the results? Attach any documentation.~~
   - If it hasn't taken place, when is it scheduled?
   - ~~What evaluator has been appointed?~~

5. Plaintiff maintains that she is fully competent to proceed in all matters and respectfully submits this update demonstrates her ability to understand legal proceedings and assist in her defense.

RELEVANCE TO FEDERAL PROCEEDINGS

The Florida competency proceedings are directly relevant to this federal action because:

1. The Family Court judge in Seminole County has stated he will use the criminal competency findings to determine custody of Plaintiff's children.

2. This represents an improper conflation of legal standards - competency to stand trial is entirely different from parental fitness.

3. The competency evaluation is being weaponized to deprive Plaintiff of both her liberty and her children without due process.

4. As demonstrated by this filing and Plaintiff's previous filings, Plaintiff is competent to understand these proceedings and articulate complex legal arguments.

Respectfully submitted,

Jatiyah Valentine
Pro Se Plaintiff
419 w 17th Street Apt. 21G
New York, NY 10011

November 4th, 2025