UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

JATHIYAH VALENTINE,
    Plaintiff,

    -against-                          1:25-cv-05247 (ER)

CITY OF NEW YORK and NEW YORK FOUNDLING FOSTER AGENCY,
    Defendants.

EMERGENCY LETTER-MOTION FOR EXTENSION OF TIME NUNC PRO TUNC, TO EXCUSE NON-APPEARANCE, AND FOR LEAVE TO FILE LATE OPPOSITION

Hon. Edgardo Ramos:

I respectfully submit this letter-motion pro se and request relief under Fed. R. Civ. P. 6(b)(1)(B) based on excusable neglect. I also request that the Court excuse my non-appearance at the January 2026 & February 4, 2026 conference, extend my opposition deadline nunc pro tunc, and permit me to file a consolidated opposition to Defendants' motions to dismiss.

1. The docket reflects that the Court held a pre-motion conference in January 2026 and on February 4, 2026 and later set April 1, 2026 as my deadline to oppose the City of New York's and New York Foundling Foster Agency's motions to dismiss.

2. I did not intentionally fail to appear or intentionally abandon this action. I did not timely receive the conference notice and motion schedule by mail, and I did not have electronic service enabled. For the January conference I did not recieve the notice until I returned from Florida due to a court hearing on or about January 16th, 2026. Once I learned that the conference had been missed and that motions were pending, I acted promptly to prepare this application and to request electronic service going forward.

3. The delay has not been motivated by bad faith. I am a self-represented litigant attempting to preserve a civil-rights case involving family-separation issues, and I respectfully ask the Court to decide this matter on a full adversarial record rather than on an unopposed Rule 12 motion.

4. I request a new deadline of [21] days from the Court's order to file my opposition, with Defendants' reply due [14] days thereafter. I also request that the Court deem my non-appearance excused for good cause and permit me to proceed on the merits.

5. I have contacted about my missed conference, and am concurrently contacting, defense counsel to ask whether they consent to this request.

6. I am also filing / submitting the SDNY Consent to Electronic Service form so I can receive future filings by email, and if appropriate I will also seek permission to participate in ECF as a pro se litigant.

7. Please also grant my request for my case to be determined by a jury.

For those reasons, I respectfully request that the Court grant this motion, set a revised opposition schedule, and permit the case to remain open while the motions are briefed on the merits.

Dated: April 16th. 2026
New York, New York

Respectfully submitted,

Jathiyah Valentine, Pro Se
419 w 17th street apt. 21G
New York, NY 10011
Jathiyahv@yahoo.com
(646)512-9272

---

Valentine is directed file one consolidated opposition to the Defendants' motions to dismiss by May 14, 2026.

Defendants are directed to file their reply briefs by May 28, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: April 23, 2026
New York, New York